# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**WAYNE MALLORY**
**LINDA MALLORY**

      VS                                    NO. 21-CV-397-JJM-LDA

**ALLIED SERVICING CORPORATIO**
**PORCH SWING HOLDINGS, LLC**

## TEMPORARY RESTRAINING ORDER

This matter came to be heard on October 4, 2021 before Judge McConnell on Plaintiffs' Motion for a Temporary Restraining Order restraining and enjoining the Defendants from conducting a foreclosure sale on Plaintiffs' property located at 21 B Waterview Drive, Smithfield, Rhode Island. After hearing thereon, with no response from Defendants, after notice to their attorney, it is hereby

## ORDERED

1.   The Plaintiffs' Motion for a Temporary Restraining Order is granted. The Defendants, Allied Servicing Corporation and Porch Swing Holdings, LLC and any other entity acting on their behalf are restrained and enjoined from taking any action to foreclose or continue, adjourn or

readvertise the sale on the Plaintiffs' property on October 5, 2021 or at any other time until further Order of this Court.

2. This Temporary Restraining Order will expire on October 18, 2021. However during the time this Order is in effect no continuation, adjournment or readvertising of the sale is permitted.

ENTER:                                                  PER ORDER:

_/s/ John J. McConnell_
JUDGE MCCONNELL

                                                        PRESENTED BY:

October 4, 2021

                                                        /s/ John B. Ennis
                                                        JOHN B. ENNIS, ESQ., #2135
                                                        1200 Reservoir Avenue
                                                        Cranston, Rhode Island 02920
                                                        (401) 943-9230
                                                        Jbelaw75@gmail.com